UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTOPHER S. JOHNSON, | ) | CASE NO. C05-0201-JCC-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| JAMES SPALDING, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 petition is DENIED, and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this _15th_ day of __July_, 2005.

*/s/ John C. Coughenour*
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1